# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1327

_____

United States of America,      *
     *
          Appellee,      *
     *    Appeal from the Untied States
       v.      *    District Court for the
     *    District of South Dakota.
William J. Essem,      *
     *        [UNPUBLISHED]
          Appellant.      *

_____

Submitted: October 2, 2001
Filed: October 5, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

     William Essem appeals from the district court's[1] judgment for the United States following a bench trial in the government's action to recover the balance of two student loans. Following our careful review of the record before us, we reject Essem's arguments on appeal, and affirm.

     Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the District of South Dakota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.